Carol Ann CROWLEY

v.

STATE of Texas.

No. 0745–91.

Court of Criminal Appeals of Texas, En Banc.

Sept. 18, 1991.

On State's petition for discretionary review: granted and remanded to the Court of Appeals.